# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVIE DUCKETT,<br>　　　　Petitioner,<br>　　v.<br>RONALD RACKLEY, Warden,<br>　　　　Respondent. | CASE NO. 2:15-CV-09145-AB (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:　March 24, 2017

　　　　　　　　　　　　　　　　　　HON. ANDRE BIROTTE, JR.
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE